Yvonne Murphy, Plaintiff-Appellant,
against
Bronx Park Phase I Preservation LLC, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, Bronx County (Joseph E. Capella, J.), entered December 21, 2016, after a nonjury trial, which granted defendant's motion to dismiss the complaint at the close of plaintiff's case.




Per Curiam.
Order (Joseph E. Capella, J.), entered December 21, 2016, affirmed, without costs.
Even affording plaintiff-tenant every favorable inference that reasonably could be drawn from the evidence adduced at trial (see Szczerbiak v Pilat, 90 NY2d 553, 556 [1997]), we agree that she failed to establish a prima facie case against defendant-landlord for property damages arising from conditions inside plaintiff's apartment. As the trial court noted, plaintiff could not establish through admissible evidence the existence of bedbugs, water leaks or mold inside her apartment that defendant-landlord caused or failed to remedy after notice (see generally Lau Tung Tsui v New Charlie Tseng Corp., 35 AD3d 390 [2006]). In any event, plaintiff failed to proffer competent proof of damages (see Correa v Midtown Moving, 4 Misc 3d 135[A], 2004 NY Slip Op 50798[U] [App Term, 1st Dept 2004]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 20, 2017